**BANKRUPTCY APPELLATE PANEL**
OF THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed:  February 24, 2023

Mr. Nicholas S. Laue
Keller & Almassian
230 E. Fulton Street
Grand Rapids, MI 49503

Emily S. Rucker
Warner Norcross & Judd
150 Ottawa Avenue, N.W.
Suite 1500
Grand Rapids, MI 49503

Ms. Elisabeth M. Von Eitzen
Warner Norcross & Judd
150 Ottawa Avenue, N.W.
Suite 1500
Grand Rapids, MI 49503

>       Re:   Bankruptcy Appellate Panel No. 23-8006
>             <u>Thomas Bruinsma v. Nicholas Zagotta, et al</u>
>             Bankruptcy Case No. 20-bk-00242

Dear Counsel,

   This will advise you that the Bankruptcy Appellate Panel (BAP) of the Sixth Circuit has received from the clerk of the **U.S. Bankruptcy Court - Grand Rapids**, a notice of appeal in the matter noted above, and the appeal has been docketed and assigned case number **23-8006**.

   Any attorney wishing to file documents or present argument on behalf of a party in the instant case must file an appearance form, and we ask that you please file it within 14 days of the docketing of the case.  **(Form for Appearance of Counsel; 6th Cir. BAP LBR 8090-1(b).)**   In addition, the <u>Appellant's Designation of the Record on Appeal</u>, <u>Statement of Issues</u>, and <u>Transcript Order for any relevant hearing</u> are due in the Bankruptcy Court within 14 days of the filing date of the notice of appeal.  (Please refer to Rule 8009, Federal Rules of Bankruptcy Procedure.)

   The BAP adopted electronic filing effective April 1, 2010.   All filings by attorneys in appeals to the Bankruptcy Appellate Panel of the Sixth Circuit are to be made electronically through ECF,

the Sixth Circuit's adaptation of the Electronic Court Filing program designed and implemented throughout the federal judiciary.

Attorneys who are members of the Sixth Circuit bar and who have previously registered with the Sixth Circuit Clerk's office for their ID's and passwords may use those to make BAP filings. Attorneys who have not registered, whether or not they have been admitted to the bar of the Sixth Circuit, should contact Ken Loomis at (513) 564-7067, of the Circuit/BAP Clerk's office, for further direction. The registration process is simple, quick, and free.

The Local Rules of the Bankruptcy Appellate Panel of the Sixth Circuit and Part VIII of the Federal Rules of Bankruptcy Procedure (pertaining to appeals) have been recently amended. Among other things, the amended rules impose new requirements and limitations on briefs. Failure to comply with the rules may result in adverse action by the clerk's office or the BAP. Counsel should refer to the Federal Rules of Bankruptcy Procedure, the Local Rules and to the Guide to Electronic Filing referred to therein, when making filings with the BAP. The Local Rules and the Guide may be accessed on the Sixth Circuit Court of Appeals' website at www.ca6.uscourts.gov.

Most fully counseled civil cases are routinely selected for mediation by the Circuit Mediation Office. A party may also request mediation and such requests will be kept confidential pursuant to 6 Cir. R. 33. For information regarding the BAP's mediation procedures please see Fed. R. Bankr. P. 8027, 6th Cir. BAP LBR 8027-1, and the court's website www.ca6.uscourts.gov under the Mediation tab.

Any questions you may have concerning procedural issues, or the progress of the appeal, may be addressed to the undersigned.

Sincerely yours,

s/Cathryn Lovely
BAP Case Manager
CA06-BAP_Case_Manager@ca6.uscourts.gov