UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

| | |
|---|---|
| In re:<br><br>NICHOLAS M. ZAGOTTA,<br><br>    Debtor.<br>_____/ | Case No. 20-00242-jwb<br>Chapter 7<br>Hon. James W. Boyd<br>Date filed: January 23, 2020 |
| THOMAS A. BRUINSMA,<br><br>    Plaintiff,<br>v.<br><br>NICHOLAS M. ZAGOTTA; JAMIE L. ZAGOTTA, individually and as Trustee of the JAMIE L. ZAGOTTA REVOCABLE TRUST dated December 19, 2016; and All Other Occupants of 3794 Lake Birch Street, N.E., Grand Rapids, Michigan 49525,<br><br>    Defendants.<br>_____/ | Adversary Proceeding No. 20-80169 |

## APPELLANT'S STATEMENT OF ISSUES AND DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

Pursuant to Federal Rule of Bankruptcy Procedure 8009(a)(1), Appellant Thomas A. Bruinsma, Chapter 7 Trustee, submits the following statement of issues and designates the following record entries for his appeal of the Bankruptcy Court's February 9, 2023 Order Regarding Cross Motions for Summary Judgment.

## STATEMENT OF ISSUES

In this case, a creditor of the Debtor asserted unjust enrichment claims against Debtor's spouse and her trust and sought imposition of a constructive trust over the Michigan property that Debtor's spouse's trust purchased with funds fraudulently obtained by Debtor from the creditor. The creditor subsequently assigned its interest in any constructive trust over the Michigan Property to the Trustee who in turn asked the Bankruptcy Court to impose a constructive trust on the

Michigan property, both as assignee of the creditor and on behalf of the bankruptcy estate.  This case poses the following questions:

1. Whether the Bankruptcy Court erred when it held that the Trustee, standing in the shoes of the creditor, was not, as a matter of law, entitled to imposition of a constructive trust over the Michigan property and held that there were no disputed issues of material fact that the funds for the Michigan property could not be traced to the creditor's contribution to Debtor.

2. Whether the Bankruptcy Court erred when it held that the Trustee, standing in the Debtor's shoes, was not, as a matter of law, entitled to imposition of a constructive trust over the Michigan property because the Bankruptcy Court concluded that the Trust's retention of the Michigan property was not unjust despite the fact that the Michigan property was purchased with the money Debtor fraudulently obtained.

# DESIGNATION OF THE RECORD

**Docket entries in Adversary Proceeding No. 20-80169**

|     | Docket # | Description |
| --- | --- | --- |
| 1.  | 1 | Trustee's Complaint to Compel Turnover of Property and, in the Alternative, Avoid and Recover Fraudulent Transfer (and accompanying exhibits) |
| 2.  | 9 | Defendants' Motion to Dismiss Adversary Proceeding |
| 3.  | 19 | Trustee's Amended Complaint (and accompanying exhibits) |
| 4.  | 25 | Defendants' Answer to Complaint & Counterclaim Against Trustee |
| 5.  | 26 | Trustee's Answer to Counterclaim Filed |
| 6.  | 43 | Defendants' Motion for Summary Judgment Filed by Defendants |
| 7.  | 44 | Defendants' Brief in Support of Motion for Summary Judgment |
| 8.  | 45 | Trustee's Motion for Summary Judgment Filed |
| 9.  | 46 | Trustee's Brief in Support of Motion for Summary Judgment |
| 10. | 46-1 | Trustee's Statement of Material Undisputed Facts in Support of Motion for Partial Summary Judgment (and all accompanying exhibits) |

|  | Docket # | Description |
| --- | --- | --- |
| 11. | 47 | Defendants' Supplemental Exhibit - Statement of Undisputed Material Facts |
| 12. | 48 | Scheduling Order Regarding Cross Motions for Summary Judgment |
| 13. | 49 | Stipulated Motion to Dismiss Adversary Proceeding As to Counterclaim Only |
| 14. | 50 | Trustee's Response to Defendants' Motion for Summary Judgment |
| 15. | 51 | Trustee's Response to Defendant's Supplemental Exhibit - Statement of Undisputed Material Facts |
| 16. | 52 | Defendants' Response to Trustee's Motion for Summary Judgment |
| 17. | 53 | Defendants' Response to Trustee's Statement of Material Undisputed Facts |
| 18. | 54 | Order to Dismiss Defendant's Counterclaim |
| 19. | 55 | Order Regarding Supplemental Briefing on Cross Motions for Summary Judgment |
| 20. | 57 | Trustee's Supplemental Brief in Opposition to Defendants' Motion for Summary Judgment |
| 21. | 58 | Defendants' Supplement Brief in Support of their Motion for Summary Judgment |
| 22. | 59 | Transcript regarding 06/30/22 Hearing on Cross Motions for Summary Judgment |
| 23. | 60 | Opinion Regarding Cross Motions for Summary Judgment |
| 24. | 61 | Order Regarding Cross Motions For Summary Judgment |
| 25. | 62 | Notice of Appeal and Statement of Election |
| 26. | 63 | Corrected Notice of Appeal and Statement of Election |

**Docket entries in *In re Zagotta*, No. 20-00242-jwb**

|    | Docket # | Description |
|----|----------|-------------|
| 1. | 12 | Creditors Jorie LP, Alfred Koplin's Motion for Relief from the Automatic Stay |
| 2. | 13 | Creditors Jorie LP, Alfred Koplin's Request for Expedited Hearing |
| 3. | 15 | Notice of Hearing Re: Creditors Jorie LP, Alfred Koplin's Motion for Relief from the Automatic Stay |
| 4. | 17 | Creditors Jorie LP, Alfred Koplin's Amended Motion for Relief from the Automatic Stay |
| 5. | 30 | Order Granting Creditors Jorie LP, Alfred Koplin's Motion for Relief from the Automatic Stay |
| 6. | 53 | Trustee's Application to Employ Timothy Hillegonds as Special Counsel |
| 7. | 61 | Order Approving Trustee's Application to Employ Timothy Hillegonds as Special Counsel |
| 8. | 69 | Trustee's Motion for Settlement Between Jorie, LP, Alfred Koplin and Trustee Regarding Various Matters |
| 9. | 71 | Order Approving Agreement Between Jorie, LP, Alfred Koplin and Trustee Regarding Various Matters |

**Proofs of claim filed against Nicholas Zagotta, Case No. 20-00242-jwb**

|    | Proof of Claim # | Description |
|----|------------------|-------------|
| 1. | 5-1 | Creditor Jorie, L.P. |
| 2. | 6-1 | Creditor Alfred N. Koplin |

Dated:  March 9, 2023	By: <u>*/s/ Emily S. Rucker*</u>
	Elisabeth Von Eitzen (P70183)
	Emily Rucker (P79228)
	Warner Norcross + Judd LLP
	150 Ottawa Ave NW, Suite 1500
	Grand Rapids, MI 49503
	(616) 752-2764
	evoneitzen@wnj.com
	erucker@wnj.com

	*Attorneys for Plaintiff*

28166990-2